IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matter of the Search of<br><br>44 Seafoam Avenue, Apartment #2<br>Winthrop, Massachusetts; and<br><br>55 Belle Isle Avenue, Apt. 103,<br>Revere, Massachusetts. | No:  20-mj-6088-MPK<br>       20-mj-6089-MPK |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to direct that the search warrants, search warrant applications, supporting affidavit, this motion, and any ruling on this motion be unsealed. In support of this motion, the government states that the defendants were arrested and that there is no further reason to keep the search warrants secret.

                        Respectfully submitted,

                        ANDREW E. LELLING
                        United States Attorney

By:   */s/ Lauren Graber*
       Lauren Graber
       Assistant U.S. Attorney

Date:  April 29, 2020